## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STEVIE A. JONES, | |
| Plaintiff, | |
| v. | C.A. No. 24-885-JLH-LDH |
| ANDREW PERUCHI, *et al.*, | |
| Defendants. | |

## ORDER

At Wilmington, this 5th day of August, 2026;

WHEREAS, Magistrate Judge Hatcher issued a Report & Recommendation on July 14, 2026 (D.I. 33, the "R&R"), recommending that the Court deny Defendants' Motion to Dismiss the Complaint (D.I. 20);

WHERAS, no party filed objections to the R&R pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

NOW, THEREFORE, IT IS HEREBY ORDERED that

1.      The R&R (D.I. 33) is ADOPTED.

2.      Defendants' Motion to Dismiss the Complaint (D.I. 20) is DENIED.

Dated: August 5, 2026

_____
The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE